UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFENY NANCE, on behalf of herself and all other Class Members,<br><br>Plaintiff,<br><br>v.<br><br>RYDER INTEGRATED LOGISTICS, INC., a Delaware Corporation; and RYDER SYSTEM, INC., a Florida Corporation,<br><br>Defendants. | No. 2:23-cv-00477-TLN-JDP<br><br><br><br><br><br>**RELATED CASE ORDER** |
| TIFFENY NANCE, on behalf of the State of California and Aggrieved Employees,<br><br>Plaintiff,<br><br>v.<br><br>RYDER INTEGRATED LOGISTICS, INC., a Delaware Corporation; and RYDER SYSTEM, INC., a Florida Corporation,<br><br>Defendants. | No. 2:23-cv-02357-DJC-KJN |

  Examination of the above-captioned actions reveals they are related within the meaning of Local Rule 123(a). The assignment of these matters to the same judge is likely to effect a substantial savings of judicial effort and is likely to be convenient for the parties.

  Relating the cases under Local Rule 123, however, merely has the result that both actions are assigned to the same judge, it does not consolidate the actions. Under the regular practice of this Court, related cases are generally assigned to the judge and magistrate judge to whom the

first filed action was assigned.  Should either party wish to consolidate the actions, the appropriate motion or stipulation must be filed.

      IT IS THEREFORE ORDERED that the action denominated 2:23-cv-02357-DJC-KJN is reassigned to District Judge Troy L. Nunley and Magistrate Judge Jeremy D. Peterson, and the caption shall read 2:23-cv-02357-TLN-JDP.  Any dates currently set in 2:23-cv-02357-DJC-KJN are hereby VACATED.  The Clerk of the Court is to issue the Initial Pretrial Scheduling Order.

      IT IS SO ORDERED.

Dated: October 19, 2023

                                      Troy L. Nunley
                                      United States District Judge