1  Carolyn H. Cottrell (SBN 166977)
   Ori Edelstein (SBN 268145)
2  Philippe M.J. Gaudard (SBN 331744)
   **SCHNEIDER WALLACE**
3  **COTTRELL KONECKY LLP**
   2000 Powell Street, Suite 1400
4  Emeryville, California 94608
   Telephone: (415) 421-7100
5  ccottrell@schneiderwallace.com
   oedelstein@schneiderwallace.com
6  pgaudard@schneiderwallace.com

7  *Attorneys for Plaintiff*
   TIFFENY NANCE
8
   [*Additional Counsel Listed on Following Page*]
9

10                        **UNITED STATES DISTRICT COURT**

11                        **EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIFFENY NANCE, on behalf of the State of California, and Aggrieved Employees,<br><br>Plaintiff,<br><br>vs.<br><br>RYDER INTEGRATED LOGISTICS, INC., a Delaware Corporation; and RYDER SYSTEM, INC., a Florida Corporation,<br><br>Defendants. | 2:23-cv-02357-TLN-JDP<br><br>Hon. Troy L. Nunley<br><br>**STIPULATION AND ORDER FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(2)**<br><br>Complaint Filed:   May 26, 2023 |

1  Mara D. Curtis (SBN 268869)
   mcurtis@reedsmith.com
2  Rafael N. Tumanyan (SBN 295402)
   mcurtis@reedsmith.com
3  Tanner J. Hendershot (SBN 346841)
   thendershot@reedsmith.com
4  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
5  Los Angeles, CA  90071-1514
   Telephone: +1 213 457 8000
6  Facsimile: +1 213 457 8080

7  Attorneys for Defendants
   RYDER INTEGRATED LOGISTICS, INC.
8  and RYDER SYSTEM, INC.

CASE NO.: 2:23-cv-02357-TLN-JDP
NANCE V. RYDER INTEGRATED LOGISTICS, INC.

2

STIPULATION AND ORDER
FOR DISMISSAL FRCP 41(a)(2)

Plaintiff Tiffeny Nance ("Plaintiff") and Defendants Ryder Integrated Logistics, Inc. and Ryder System, Inc. (collectively "Defendants") (together the "Parties"), by and through their undersigned counsel, agree to dismiss Plaintiff's individual claims and dismiss this action in its entirety. Pursuant to Fed. R. Civ. P. 41(a)(2), the Parties hereby stipulate and agree as follows:

1. Plaintiff Tiffeny Nance filed her Private Attorneys General Act Complaint in the Superior Court of California, County of Alameda, Case No. 23CV034484, on May 26, 2023;

2. On July 5, 2023, Defendants removed this matter ("*Nance II*") to the United States District Court for the Northern District of California, which was pending before the Honorable James Donato, Case No. 3:23-cv-03345-JD;

3. On July 24, 2023, Defendants filed a Motion to Transfer Venue *Nance II* to the Eastern District of California, where *Nance v. Ryder Integrated Logistics, Inc.*, Case No. 3:23-cv-02477-TLN-JDP, the underlying class action lawsuit upon which this PAGA action is predicated ("*Nance I*"), is pending before the Honorable Troy L. Nunley;

4. The Parties have executed a Settlement Agreement in this matter;

5. The pending Motions (ECF 15, 33) in this Court are now moot;

6. The Settlement Agreement provides that an Order of Dismissal from the Court is required;

7. Plaintiff's individual claims are dismissed with prejudice; and

8. The representative claims in this action are dismissed without prejudice.

Dated:   May 30, 2025          **SCHNEIDER WALLACE**
                               **COTTRELL KONECKY LLP**

                               */s/ Philippe M.J. Gaudard*
                               Carolyn H. Cottrell
                               Ori Edelstein
                               Philippe M.J. Gaudard
                               *Attorneys for Plaintiff*
                               TIFFENY NANCE

Dated:     May 30, 2025                    **REED SMITH LLP**

*/s/ Tanner J. Hendershot*
Mara D. Curtis
Rafael N. Tumanyan
Tanner J. Hendershot
*Attorneys for Defendants*
RYDER INTEGRATED LOGISTICS, INC.
and RYDER SYSTEM, INC.

**IT IS SO ORDERED.**

Dated: May 30, 2025

_____
Troy L. Nunley
Chief United States District Judge